UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:

ASHBY G. KNIGHT,
SARAH B. KNIGHT,

    Debtors.                                                            Case No: 12-31384-KRH

WELLS FARGO BANK, N.A., SUCCESSOR BY REASON
OF MERGER WITH WACHOVIA BANK, NATIONAL
ASSOCIATION,

    Movant,                                                           Chapter 13

v.

ASHBY G. KNIGHT,
SARAH B. KNIGHT,
ROBERT E. HYMAN, Trustee,

    Respondents.

ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion of Wells Fargo Bank, N.A., successor by reason of merger with Wachovia Bank, National Association to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362 is modified to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it

**Glasser and Glasser, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510 12/02/12

Melissa M. Watson Goode, VSB #73516
Robyn D. Pepin, VSB #77784
Kelly Rae Gring, VSB#75999
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
Attorneys for Wells Fargo Bank, N.A., successor by reason of merger with Wachovia Bank, National Association

pertains to the real property located at 5108 Chelsea Brook Ln, Glen Allen, Virginia, and is more particularly described as follows:

> ALL THAT CERTAIN PROPERTY SITUATED IN THE CITY OF GLEN ALLEN IN THE COUNTY OF HENRICO AND STATE OF VIRGINIA AND BEING DESCRIBED IN A DEED DATED 05/16/2002 AND RECORDED 05/21/2002 IN BOOK 3254 PAGE 1785 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE AND REFERENCED AS FOLLOWS: LOT 26, BLOCK A, SECTION A, SUBDIVISION CRYSTAL CREEK, PLATBOOK 93, PLAT PAGE 29, RECORDED DATE 04/24/1991. PARCEL ID NUMBER: 757-766-2634

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary to obtain possession of the property.

Done at Richmond, Virginia, this _____ day of _____, 2012.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

/s/ Melissa M. Watson Goode
Melissa M. Watson Goode, Attorney for Movant

CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form Order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Melissa M. Watson Goode
Melissa M. Watson Goode

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

<u>CERTIFICATE</u>

     I hereby certify that on November 02, 2012, a true copy of the foregoing Order was mailed, first class, postage prepaid to all necessary parties:  Richard C. Pecoraro, Attorney for Debtors, at Chandler Pecoraro, PLC, P. O. Box 17586, Richmond, VA  23226, Robert E. Hyman, Trustee, at P.O. Box 1780, Richmond, VA 23218, and to Ashby G. Knight and Sarah B. Knight, Debtors, at 4609 English Cedar Court, Glen Allen, VA  23060.

                                            /s/ Melissa M. Watson Goode
                                            Melissa M. Watson Goode


PARTIES TO RECEIVE COPIES:

Richard C. Pecoraro, Esquire (Via electronic transmittal)

Robert E. Hyman, Esquire (Via electronic transmittal)

Ashby G. Knight
Sarah B. Knight
4609 English Cedar Court
Glen Allen, VA  23060

Melissa M. Watson Goode, Esquire (Via electronic transmittal)

**Glasser and Glasser, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212